JAMES W. CORCORAN, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Corcoran* v. *N. Y. C. & H. R. R. R. Co.,* 25 App. Div. 479, affirmed.
(Submitted October 9, 1900; decided October 26, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 30, 1898, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Purcell, Walker & Burns* for appellant.

*John N. Carlisle* for respondent.

Judgment affirmed, with costs. The question whether the statute is violative of the provisions of the Constitution has not been considered for the reason that the question was not raised in the courts below (*Purdy* v. *Erie R. R. Co.*, 162 N..Y. 42); no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.